◈AO 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

REC'D by _____ D.C.

JUN 2 7 2008

CLARENCE MADDOX
CLERK U. S. DIST. CT.
S. D. OF FLA.

United States of America )
v. )
CLYDE MCGHEE )
) Case No: 00-79 CR
Date of Previous Judgment:  08/30/0200 ) USM No: 61544-004
(Use Date of Last Amended Judgment if Applicable) ) PRO SE
) Defendant's Attorney

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: _____            Amended Offense Level: _____
Criminal History Category: _____          Criminal History Category: _____
Previous Guideline Range: _____ to _____ months   Amended Guideline Range: _____ to _____ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS
Defendant received a sentence enhancement due to his status as a career offender. As such, defendant does not qualify for a reduction of sentence. Amendment 706 does not apply in this case.

Except as provided above, all provisions of the judgment date  8/30/2000  shall remain in effect.
**IT IS SO ORDERED.**
Order Date:  6/27/08

Effective Date: _____
(if different from order date)

Judge's signature

Donald M. Middlebrooks, U.S.D.J.
Printed name and title